## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.   21-CV-84 (MJD/BRT)

Debra Landwehr,

      Plaintiff,

v.

Synchrony Bank, N.A.,

      Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.

Date: August 5, 2021

*/s/ Kimberly Zillig*
Kimberly Zillig #278129
Andrew C. Walker #392525
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***

Date: August 5, 2021

*/s/ Cory D. Olson*
Cory D. Olson
Anthony Ostlund Baer & Louwagie P.A.
Wells Fargo Center
90 S. 7th St., #3600
Minneapolis, MN 55402
(612)349-6969
colson@anthonyostlund.com
***Attorneys for Defendant***