# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO. 21-CV-84 (MJD/BRT)

Debra Landwehr,

        Plaintiff,

vs.

Synchrony Bank, N.A.,

        Defendant.

## Order of Dismissal with Prejudice

Based upon the Stipulation for Dismissal with Prejudice, ECF Document No. 23, IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 11, 2021

        s/Michael J. Davis
        Honorable Michael J. Davis
        United States District Court