# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Debra Landwehr, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-00084-MJD-BRT |
| Synchrony Bank, N.A., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs or attorney fees to any party.

Date: 8/11/2021                                                                                        KATE M. FOGARTY, CLERK